

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00720-CV

Anthony **WILSON**,
Appellant

v.

**BURTON BLANCO, LLC** d/b/a Moss Landing Apartments,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV08067
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on April 14, 2025. Neither the brief nor a motion for extension of time was filed. Therefore, on April 25, 2025, we ordered appellant to file, on or before May 5, 2025, his appellant's brief and a written response reasonably explaining (1) his failure to timely file his brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We explained that if appellant failed to file his appellant's brief and the written response by the date ordered, his appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply

with a court order). Appellant did not file his brief or written response. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM